IH-32                                                                                           Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

MCLANE COMPANY, INC.

| Plaintiff | Case Number |
|---|---|
| vs. | 19-CV-00325 |
| KEURIG GREEN MOUNTAIN, INC. | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

| Plaintiff | Case Number |
|---|---|
| vs. | 14-MD-02542 |
| In re:<br>Keurig Green Mountain Single-Serve Coffee Antitrust Litigation | |
| Defendant | |

Page 1

IH-32                                                                                                Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed     (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open       (If so, set forth procedural status and summarize any court rulings.)

This case was consolidated by the JPML and transferred to the SDNY on June 5, 2014. On November 29, 2017, the Honorable Vernon S. Broderick denied Defendants' motions to dismiss certain complaints, including the Direct Purchaser Plaintiffs' Amended Complaint. The case is now in fact discovery.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The newly filed case is related to the earlier filed case because both cases involve substantially similar allegations that defendant Keurig Green Mountain, Inc. unlawfully monopolized the United States market for single-serve coffee products in violation of the Sherman Act. Plaintiff McLane Company, Inc. is a direct purchaser of the monopolized single-serve coffee products. McLane files this complaint because McLane intends to separately pursue its claims as part of the MDL. McLane plans to opt out of the previously filed direct purchaser plaintiff class action if the direct purchaser plaintiff class is certified.

Signature: _____    Date: 1/15/19

Firm: Alston + Bird LLP