UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION** | Case No. 1:14-md-02542-VSB-HBP |
| **MCLANE COMPANY, INC.**, a Texas corporation<br><br>Plaintiff,<br><br>v.<br><br>**KEURIG GREEN MOUNTAIN, INC.**, a Delaware corporation<br><br>Defendant. | S+A<br>~~PROPOSED~~ ORDER FOR ADMISSION PRO HAC VICE<br><br><br>Case No. 1:19-cv-00325-VSB-HBP |

The motion of Laura A. Komarek, for admission to practice *Pro Hac Vice* in the above captioned action is granted. Applicant has declared that she is a member in good standing of the bar of the state of Georgia and her contact information is as follows:

Laura A. Komarek
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, Georgia 30309
Phone: 404.881.7000
Fax: 404.881.7777
laura.komarek@alston.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/19
```

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for McLane Company, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Laura A. Komarek is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of

New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: June _____, 2019

                                                          Hon. Vernon S. Broderick

**SO ORDERED**

_____
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE

6-13-19