# EXHIBIT C

# Bruce Katsman

Vice President & Head of Marketing at Nestle Starbucks Coffee
Seattle, Washington

## Contact

www.linkedin.com/in/bruce-katsman-467b752 (LinkedIn)

## Top Skills

Brand Equity
Brand Management
Consumer Products

## Experience

**Nestlé**
Vice President & Head of Marketing at Nestle Starbucks Coffee
August 2018 - Present (1 year 11 months)
Greater Seattle Area

Marketing leader for the ~$2B Nestle Starbucks Coffee Division in North America. Responsible for all aspects of marketing including brand positioning for the CPG space, product innovation, insights, brand communication/PR, agency management, and P/L management for the Starbucks, Seattle Best Coffee, and Teavana Packaged Tea brands.

**Starbucks**
7 years 9 months

Vice President - Channel Brand Management
October 2014 - Present (5 years 9 months)
Seattle, WA

Leader of Starbucks Marketing organization responsible for At Home Coffee Marketing/Brand Management (Starbucks and Seattle's Best Coffee Brands), upstream new product innovation design and execution, P/L management for ~$2B US CPG business, general management and partnership relationship with KGM (K Cups) and K Fee (Verismo platform) and agency management to deliver consumer communication across TV, Print, Digital, In Store, and other relevant touch points. In 2017 extended responsibilities to include marketing leadership for ~$2B RTD partnership w Pepsi (NACP) and Teavana launch/brand in US CPG.

Director, Premium Single Cup, Channel Brand Management
October 2012 - September 2014 (2 years)
Greater Seattle Area

Responsible for P/L, marketing strategy, execution, and innovation across Starbuck's, Seattle's Best Coffee, and Tazo Tea K Cup platform, Via, and Verismo Machines and Coffee in the Channel Development organization. Also responsible for development and marketing execution of Starbuck's scaled marketing programs across all formats and the gift pack, cocoa and merchandise businesses in Channel Development.

Procter and Gamble Cosmetics

7 years

### Marketing Director
February 2010 - July 2012 (2 years 6 months)
Hunt Valley, Maryland

Oversee all Marketing related activitity on COVERGIRL Cosmetics including talent management, equity, new product design, in store, marketing and media plans, copy development, digital, PR, branded entertainment, agency management and licensing.  Since 2011, I added the prior General Manager's responsibilities including accountability for the total COVERGIRL business operations and Hunt Valley site (800+ people), leading a multi-functional team to deliver the brand sales/profit/share, strategy/vision, site culture, and senior management engagement internally and externally (customers, media, business partners).

### Associate Marketing Director
August 2005 - November 2010 (5 years 4 months)

Procter and Gamble

7 years

### Brand Manager - Secret Deodorant
2003 - 2005 (2 years)

### Brand Manager - Noxzema
2001 - 2003 (2 years)

### Associate Director Sales - Global Skin Care
1998 - 2001 (3 years)

---

## Education

### University of Washington
Bachelor of Arts (BA), Marketing and Finance · (1981 - 1985)